ACCEPTED
05-14-00073-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/29/2015 10:25:16 AM
LISA MATZ
CLERK



# GIBBS · NOLTE
## ATTORNEYS AT LAW
# ROBISON · ROSE

2780 Virginia Parkway
Suite 401
McKinney, TX 75071
TEL: 972-562-0266
FAX: 972-569-9278
www.mckinneylaw.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/29/2015 10:25:16 AM
LISA MATZ
Clerk

April 29, 2015

5th District Court Of Appeals
Attn: Lisa Matz, Court Clerk
600 Commerce Street, Suite 200
Dallas, TX 75202

> RE:  Roger Allen Stulce, Jr. v The State of Texas
> Court of Appeals Number:  05-14-00073-CR
> Trial Court Number:  380-82426-2012

Dear Ms. Matz:

In accordance with Rule 48.4, I certify that on April 16, 2015, I sent a copy of this Court's Opinion to Roger Allen Stulce, Jr. at his/her last known address. That letter also advised Roger Allen Stulce, Jr. of his/her right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail, return receipt requested. Attached is a copy of the return receipt.

If you have any questions of comments regarding this matter, please contact me the above address.

Sincerely,

*/s/ Mitchell R. Nolte*

Mitchell R. Nolte

Enclosure